**Aaron W. Baker,** OSB No. 922220
650 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
Telephone: (503) 234-8800
Facsimile:  (503) 525-0650
awblaw@earthlink.net

  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| GRETCHEN BANEY,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST RESPONSE, INC.,<br><br>    Defendant. | Case No. 3:13-cv-00453-PK<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY |

  Pursuant to FRCP 41(a)(1), Plaintiff and Defendant, by and through their counsel of record, hereby stipulate that this action and all claims and counterclaims herein shall be dismissed with prejudice and without attorney fees or costs to any party.

                Ogletree Deakins

*/s/ Aaron W. Baker*           */s/ Jennifer A. Nelson*
Aaron W. Baker, OSB #922220      Jennifer A Nelson, OSB #034086
(503) 234-8800             (503) 552-2169
Attorney for Plaintiff           Of Attorneys for Defendant
awblaw@earthlink.net         jennifer.nelson@ogletreedeakins.com

Page 1  STIPULATED NOTICE OF DISMISSAL WITH
      PREJUDICE AND WITHOUT COSTS OR FEES

**Aaron W. Baker**
Attorney at Law
888 SW Fifth Avenue, Suite 650
Portland, Oregon 97204-2089
Telephone (503) 234-8800